130 F.3d 446
 Robert R. D'Agostino
v.
Jasper Clay, Vice-Chairman of U.S. Parole Commission, Dianne
M. Fredericksen, ISM, Supervisor of Federal Correctional
Institution at Sandstone, Minnesota, Charles Westbrook,
Representative of U.S. Parole Commission, Deborah Shandor,
Inmate Systems Manager of Federal Correctional Institution
at Loreto, Pennsylvania, Lonnie Moore, Warden of Federal
Correctional Institution at Loreto, Pennsylvania
 NO. 96-2878
 United States Court of Appeals,
Eleventh Circuit.
 Oct 29, 1997
 M.D.Fla., 120 F.3d 274
 
 1
 DENIALS OF REHEARING EN BANC.